## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Windy City Movers, Inc.

                      Plaintiff,

v.                                                        Case No.: 1:20–cv–05180
                                                              Honorable John Z. Lee

Mini Movers, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2021:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 1/28/21. Plaintiff's motion for default judgment [16] is granted. Plaintiff should provide a proposed order to the proposed order mailbox and contact the courtroom deputy when he has done so. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.