**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WINDY CITY MOVING, INC., d/b/a as NEW CITY MOVING, an Illinois domestic business corporation, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:20-cv-05180 |
| | ) | |
| MINI MOVERS LLC d/b/a NEW CITY MOVERS, a foreign limited liability company, | ) ) ) ) | Judge: Hon. John Z. Lee |
| Defendant. | ) ) | |

## JUDGMENT ORDER

This matter, coming to be heard on hearing of Plaintiff's Motion for Entry of Default Judgment against Defendant, ("Motion"), all parties having notice and the Court being advised in the premises, IT IS HEREBY ORDERED THAT:

(a) Plaintiff's Motion is GRANTED;

(b) judgment is entered in favor of Plaintiff and against Defendant in an amount to be proven up before the Court for all damages sustained by Plaintiff, including Defendant's profits, and such damages to be trebled pursuant to the applicable sections the Lanham Act as set out in Plaintiff's Complaint;

(c) judgment is entered in favor of Plaintiff and against Defendant for punitive damages in an amount of to be determined by the Court;

(d) judgment in favor of Plaintiff and against Defendant for all attorneys' fees and costs incurred by Plaintiff in this action in an amount to be proven up before the Court, plus interest;

(e) the Court orders a permanent injunction, requiring Defendant to refrain from any use of the Plaintiff's Mark or any confusingly similar mark;

(f) the Court orders the immediate transfer of domain name: www.newcitymoves.com to Plaintiff by Defendant at no cost to Plaintiff;

(g) the Court orders both Defendant and any of Defendant's owners to cease and desist

1

from using the Plaintiff's Mark or any confusingly similar mark using the name New City Movers, New City Moving, New City Moves, New City Moving & Storage, and any other iteration or combination of the words "New" and "City" in connection with any other moving company now in existence or that they attempt to establish in the future;

(h) the Court orders the disconnection of all Defendant's phone numbers, including those associated with the name "New City Movers" and commands the immediate transfer of said phone numbers to Plaintiff at no cost to Plaintiff; and

(i) such other relief as this Honorable Court deems just and proper.

**SO ORDERED: 1/28/21**

_____

Hon. Judge John Z. Lee

2