**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WINDY CITY MOVING, INC., d/b/a as NEW CITY MOVING, an Illinois domestic business corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:20-cv-05180 |
| MINI MOVERS LLC d/b/a NEW CITY MOVERS, a foreign limited liability company, | ) ) ) ) ) | Judge: Hon. John Z. Lee |
| Defendant. | ) | |

**AMENDED JUDGMENT ORDER**

    This matter, coming to be heard on hearing of Plaintiff's Motion to Amend January 28, 2021 Judgment Order against Defendant, ("Motion"), all parties having notice and the Court being advised in the premises, IT IS HEREBY ORDERED THAT:

(a) Plaintiff's Motion is <u>GRANTED</u>;

(b) judgment is entered in favor of Plaintiff and against Defendant in the amount of $68,250.00 for violation of the Lanham Act;

(c) judgment is reserved by the Court as to punitive damages;

(d) judgment in favor of Plaintiff and against Defendant in the amount of $26,912.50 for attorneys' fees and $3,115.00 costs;

(e) the Court orders a permanent injunction, requiring Defendant to refrain from any use of the Plaintiff's Mark or any confusingly similar mark;

(f) the Court orders the immediate shutdown, in its entirety, of domain www.newcitymoves.com by host Namecheap™ (www.namecheap.com) and the immediate transfer of ownership of domain www.newcitymoves.com by host Namecheap™ (www.namecheap.com) to WINDY CITY MOVING, INC., d/b/a as NEW CITY MOVING, an Illinois domestic business corporation, at no cost to Plaintiff;

(g) Failure to immediately comply with this Court Order by Namecheap™ (www.namecheap.com) may result in Namecheap™ (www.namecheap.com) being held in contempt of Court;

(h) the Court orders both Defendant and any of Defendant's owners to cease and desist from using the Plaintiff's Mark or any confusingly similar mark using the name New City Movers, New City Moving, New City Moves, New City Moving & Storage, and any other iteration or combination of the words "New" and "City" in connection with any other moving company now in existence or that they attempt to establish in the future;

(i) the Court orders the disconnection of all Defendant's phone numbers, including those associated with the name "New City Movers" and commands the immediate transfer of said phone numbers to Plaintiff at no cost to Plaintiff; and

(j) such other relief as this Honorable Court deems just and proper.

Dated this 19th day of October 2021

SO ORDERED: 10/19/21

*[signature: John Lee]*

_____

John Z. Lee
United States District Court Judge